CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
District of Nevada
ANDREW W. DUNCAN
Assistant United States Attorney
Nevada Bar Number 14702
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Andrew.Duncan@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00122-GMN-NJK |
| Plaintiff, | **Stipulation to Continue Pre-Trial Motions Deadline** |
| vs. | |
| RONALD FORD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Christopher Chiou, Acting United States Attorney, District of Nevada, Andrew Duncan, Assistant United States Attorney, representing the United States of America, and Andrew Wong, Esq., representing Defendant Ronald Ford, that the Government's pretrial motions deadline be continued to September 2, 2021.

1. On May 13, 2021, the parties filed a stipulation to continue both the Motions due date and the trial date. (ECF No. 24)

2. On May 14, 2021, the Court issued an Order to Continue the Motions due date and the trial date. (ECF No. 25)

3. The May 14 Order required Motions to be filed by August 19, 2021, and Responses to be filed by September 2, 2021. Trial was set for November 1, 2021. *Id.*

4. The defendant filed a Motion to Suppress on August 3, 2021, 16 days before the Motions due date. (ECF No. 31)

5. The Government's Response is now due on August 17, 2021.

6. Government's counsel is preparing for trial in the case of *United States v. James Bates*, 2:21-cr-00147-JAD-DJA. Trial is scheduled to commence on August 17, 2021.

7. The parties have agreed to extend the Government's Response due date to the original stipulated date for the Response, September 2, 2021, taking into consideration the Government's trial schedule.

8. The parties have agreed to extend the corresponding date for a Reply to any Response to September 9, 2021.

9. The defendant is not incarcerated and does not object to the request for continuance.

DATED this 12th day of August, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

 /s/    *Andrew Duncan*                              /s/    *Andrew Wong*
ANDREW DUNCAN                                    ANDREW WONG, Esq.
Assistant United States Attorney                 Counsel for Defendant Ford

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00122-GMN-NJK |
| Plaintiff, | **Findings and Order on Stipulation** |
| vs. | |
| RONALD FORD, | |
| Defendant. | |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. On May 13, 2021, the parties filed a stipulation to continue both the Motions due date and the trial date. (ECF No. 24)

2. On May 14, 2021, the Court issued an Order to Continue the Motions due date and the trial date. (ECF No. 25)

3. The May 14 Order required Motions to be filed by August 19, 2021, and Responses to be filed by September 2, 2021. Trial was set for November 1, 2021. *Id*.

4. The defendant filed a Motion to Suppress on August 3, 2021, 16 days before the Motions due date. (ECF No. 31)

5. The Government's Response is now due on August 17, 2021.

6. Government's counsel is preparing for trial in the case of *United States v. James Bates*, 2:21-cr-00147-JAD-DJA. Trial is scheduled to commence on August 17, 2021.

7. The parties have agreed to extend the Government's Response due date to the original stipulated date for the Response, September 2, 2021, taking into consideration the Government's trial schedule.

8. The parties have agreed to extend the corresponding date for a Reply to any Response to September 9, 2021.

9. The defendant is not incarcerated and does not object to the request for continuance.

10. Accordingly, the parties request that the Court extend the Government's Response to defendant's Motion to Suppress deadline to September 2, 2021 and the deadline for Replies in support of said motions to September 9, 2021.

THEREFORE, IT IS HEREBY ORDERED, that the Government shall have to and including September 2, 2021, to file its Response to defendant's Motion to Suppress.

IT IS FURTHER ORDERED, by and between the parties, that they shall have to and including September 9, 2021, to file any Reply to the Government's Response to Motion to Suppress.

DATED August 13, 2021

_____
UNITED STATES MAGISTRATE JUDGE