# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD BRUCE FORD,<br><br>    Defendant. | Case No.: 2:21-cr-00122-GMN-NJK<br><br>**Order Setting Hearing** |

Pending before the Court is Defendant's Motion to Suppress Evidence. Docket No. 31. The Court hereby SETS an evidentiary hearing on this motion for October 1, 2021, at 10:00 a.m., in Courtroom 3C. Defendant and all counsel are required to be present in person. *See United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000) (evidentiary hearing required where defendant demonstrates that a significant disputed factual issue exists).

IT IS SO ORDERED.

DATED: September 14, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE