CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
ANDREW W. DUNCAN
Assistant United States Attorney
Nevada Bar No. 14702
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Andrew.Duncan@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>RONALD FORD,<br><br>             Defendant. | Case No. 2:21-cr-122-GMN-NJK<br><br>**GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** |

COMES NOW the United States of America, by and through Christopher Chiou, Acting United States Attorney, and Andrew W. Duncan, Assistant United States Attorney, and respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss without prejudice the Criminal Indictment filed on April 27, 2021 (ECF 17) as to defendant Ronald Ford in the interests of justice.

///

///

The defendant is not in custody on the captioned matter.

    DATED this 30th day of September, 2021.

                                              Respectfully submitted,

                                              CHRISTOPHER CHIOU
                                              Acting United States Attorney

                                              */s/ Andrew W. Duncan*
                                              ANDREW W. DUNCAN
                                              Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RONALD FORD,<br><br>        Defendant. | Case No. 2:21-cr-122-GMN-NJK<br><br>**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charge brought against defendant RONALD FORD contained in the Indictment in case number 2:21-cr-122-GMN-NJK.

                                              Respectfully submitted,
                                              CHRISTOPHER CHIOU
                                              Acting United States Attorney

                                              */s/ Andrew W. Duncan*
                                              ANDREW W. DUNCAN
                                              Assistant United States Attorney

Leave of the Court is granted for the filing of the foregoing dismissal of the charge brought against defendant RONALD FORD contained in the Indictment in case number 2:21-cr-122-GMN-NJK.

                                          **IT IS SO ORDERED.**

Dated this __30__ day of September, 2021.

                                          _____
                                          Gloria M. Navarro, District Judge
                                          UNITED STATES DISTRICT COURT